UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brent Charette,

       Plaintiff,                       Case No. 23-10114
                                                      Honorable Jonathan J.C. Grey

v.

adidas America, Inc.,

       Defendant.

_____

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that plaintiff's claims for Michigan Consumer Protection Act, fraud and negligent misrepresentation, and for unjust enrichment are **DISMISSED WITHOUT PREJUDICE** and that plaintiff's warranty claims and Magnuson Moss Warranty Act claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: March 28, 2024

**s/ Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 28, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager